July 09, 2004

Mr. Shawn K. Fitzpatrick
Fitzpatrick & Kosanovich, P.C.
P.O. Box 831121
San Antonio, TX 78283-1121

Ms. Katherine Willis
Allen Stein & Durbin, P.C.
6243 IH-10 West, 7th Floor
San Antonio, TX 78201
Mr. Thomas R. Stevens
Stevens & Weiss, P.C.
14310 Northbrook, Suite 200
San Antonio, TX 78232

Mr. Richard F. Neville III
Law Offices of Maloney & Maloney, P.C.
115 E. Travis Street, Suite 2000
San Antonio, TX 78205-1697

RE: Case Number: 03-0372
 Court of Appeals Number: 04-02-00909-CV
 Trial Court Number: 2000-CI-16876

Style: CITY OF SAN ANTONIO
 v.
 DANIEL JOHNSON AND THOMAS THORNTON

Dear Counsel:

 Today the Supreme Court of Texas denied the petition for review and
issued the enclosed opinion in the above-referenced cause.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Nancy J. Vega, Chief Deputy Clerk

|cc:|Mr. Reagan Greer |
| |Clerk |
| |Mr. Herb Schaefer |